UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 24-cr-170 |
| v. : | |
| : | |
| JOHN WORRELL, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR AMENDMENT OF PRETRIAL RELEASE CONDITIONS**

The Defendant, JOHN WORRELL, by and through undersigned counsel, respectfully requests that this Honorable Court amend the conditions of release set by the court and 1) change Mr. Worrell's supervision address/location; 1) remove Mr. Worrell from High Intensity Supervision Program; and 3) permit Mr. Worrell to operate a motor vehicle.  In support of this Motion, undersigned states as follows:

1. On February 7, 2023, Mr. Worrell was presented before this Court on a two-count criminal complaint charging him with Theft of Government Property, in violation of 18 U.S.C. § 641, and Interstate Transportation of a Stolen Vehicle, in violation of 18 U.S.C. § 2312.

2. On February 9, 2023, Mr. Worrell appeared at a detention hearing before Magistrate Judge G. Michael Harvey. At that time, Mr. Worrell was released on a Personal Recognizance Bond and placed into the High Intensity Supervision Program (HISP), with the agreement of the defense and the government. The Court scheduled a preliminary hearing for March 21, 2024, and excluded time under the Speedy Trial Act until that date.

3. One March 21, 2024, the Court granted the defendant's motion to modify his release conditions, replacing home confinement with a curfew restriction, permitting Mr. Worrell

1

to travel to his brother-on-law's wedding in Annapolis, and removing the curfew requirement for the times that Mr. Worrell must be out of his home overnight so that it can be staged and shown by his real estate agent. The court also scheduled a status date for April 9, 2024.

4. On March 29, 2024, the Court granted defendant's second motion to modify his release conditions, permitting him to travel to New York while his house was staged and shown for sale.

5. Since the last court date, the Worrell's have sold their family home and located a new residence in Baldwinsville, New York. The move will begin on May 28, 2024, and their new lease beings on June 1, 2024. During the move, the family will be required to drive their two family cars from northern Virginia to their new home in New York, requiring both Mr. Worrell and his wife to operate the vehicles. In addition, it is expected that the move will require Mr. Worrell to stay in a hotel for two-three night while his belongings are in transit. This would make it impossible to comply with HISP condition of a 10 pm curfew.

6. Mr. Worrell have been offered a Deferred Prosecution Agreement (DPA) by the government in this matter, which he intends to accept.

7. Mr. Worrell has been in complete compliance with the terms of his pretrial release during the pendency of this matter.

8. Given his pretrial release compliance the current posture of the case, and the unnecessary burden they currently impose, removing Mr. Worrell from HISP, permitting him to drive, and approving his change of address are reasonable modifications to his release conditions.

9. Counsel has conferred with government counsel, who does not oppose this motion, provided that the defendant call pretrial weekly and that pretrial communicate with the defendant's mental health provider to ensure that the defendant is receiving treatment.

WHEREFORE, undersigned specifically requests that this Honorable Court amend Mr. Worrell's conditions of release to allow his relocation, remove him from HISP, and permit him to drive.

Respectfully Submitted,

MONUMENT LEGAL PC

BY:

_____/s/_____
Jay P. Mykytiuk,
DC bar number 976596
Monument Legal PC
1100 H Street, NW Suite 1010
Washington, D.C. 20005
Phone: 202-630-1522
jpm@scrofanolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court, and provided to all parties of record via CM/ECF this 20th day of May 2024

_____/s/_____
**Jay Paul Mykytiuk**