UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 24-CR-170 (CKK) |
| v. | : | |
| | : | |
| JOHN C. WORRELL III, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Omeed A. Assefi, who may be contacted by telephone on (202) 803-1645 or e-mail at omeed.assefi3@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    /s/ *Omeed A. Assefi*
           Omeed A. Assefi
           D.C. Bar No. 252705
           Assistant United States Attorney
           601 D Street, N.W.
           Washington, D.C. 20530
           (202) 803-1645
           omeed.assefi3@usdoj.gov